UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 08-34663 |
|---|---|
| DAVID W. BRYAN | (Chapter 13) |
| KIMBERLEY R. BRYAN | |
| Debtors | JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072042**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 2/ 37 | CENTRAL OHIO PRIMARY CARE<br>BOX 742518<br>CINCINNATI, OH  45274 | 60.87 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/12/2011

Certificate of Service  08-34663

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH 43215

DAVID W. BRYAN
KIMBERLEY R. BRYAN
4786 RIDGEWOOD ROAD EAST
SPRINGFIELD, OH 45503

DENNIS E STEGNER
111 E CECIL ST
SPRINGFIELD, OH 45504

(37.1)
CENTRAL OHIO PRIMARY CARE
BOX 742518
CINCINNATI, OH 45274

(129.1n)
CHECK EXCHANGE INC
BOX 44151
CINCINNATI, OH 45244

(1092.1n)
CR EVERGREEN LLC
MS 550
BOX 91121
SEATTLE, WA 98111

(126.1n)
D ANTHONY SOTTILE
REISENFELD AND ASSOCIATES
2035 READING ROAD
CINCINNATI, OH 45202

(1088.1n)
ECMC
7325 BEAUFONT SPRINGS
SUITE 200
RICHMOND, VA 23225

(131.1n)
HARLEY DAVIDSON CREDIT CORP
BOX 829009
DALLAS, TX 75382

(127.1n)
HARLEY DAVIDSON FINANCIAL
BOX 829009
DALLAS, TX 75382

(125.1n)
HOUSEHOLD REALTY CORPORATION
961 WEIGEL DR
ELMHURST, IL 60126

(1089.1n)
HSBC FINANCE CORPORATION
BOX 829009
DALLAS, TX 75382

Jeffrey M. Kellner BY   /s/ Jeffrey M. Kellner   sv

0834663_42_20110412_0846_278/T317_sv
###