UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE: <br> DAVID W. BRYAN <br> KIMBERLEY R. BRYAN <br><br> Debtors | CASE NO: 08-34663 <br> (Chapter 13) <br><br> JUDGE GUY R. HUMPHREY |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072541**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 29/ 60 | CRICKET VALLEY RENTASHED <br> BOX 238 <br> RUSSELLVILLE, OH  45168 | 182.15 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/27/2011

|  | Certificate of Service | 08-34663 |

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

| DAVID W. BRYAN | DENNIS E STEGNER | (129.1n) |
| KIMBERLEY R. BRYAN | 111 E CECIL ST | CHECK EXCHANGE INC |
| 4786 RIDGEWOOD ROAD EAST | SPRINGFIELD, OH  45504 | BOX 44151 |
| SPRINGFIELD, OH  45503 |  | CINCINNATI, OH  45244 |

| (1092.1n) | (60.1) | (1088.1n) |
| CR EVERGREEN LLC | CRICKET VALLEY RENTASHED | ECMC |
| MS 550 | BOX 238 | 7325 BEAUFONT SPRINGS |
| BOX 91121 | RUSSELLVILLE, OH  45168 | SUITE 200 |
| SEATTLE, WA  98111 |  | RICHMOND, VA  23225 |

| (131.1n) | (127.1n) | (125.1n) |
| HARLEY DAVIDSON CREDIT CORP | HARLEY DAVIDSON FINANCIAL | HOUSEHOLD REALTY CORPORATION |
| BOX 829009 | BOX 829009 | 961 WEIGEL DR |
| DALLAS, TX  75382 | DALLAS, TX  75382 | ELMHURST, IL  60126 |

| (1089.1n) | (126.1n) |
| HSBC FINANCE CORPORATION | RYAN HEMMERLE |
| BOX 829009 | REISNFELD & ASSOCIATES LPA LLC |
| DALLAS, TX  75382 | 3962 RED BANK ROAD |
|  | CINCINNATI, OH  45227 |

Jeffrey M. Kellner BY     ___/s/ Jeffrey M. Kellner_____     sv

0834663_42_20110427_1444_278/T317_sv
###